# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ANNEX PRODUCTS PTY. LTD.** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 16-cv-08218 |
| ) | |
| vs. ) | Judge: Hon. Sara L. Ellis |
| ) | |
| **TECHSPORT LTD.** ) | Magistrate Judge: Hon. Mary M. Rowland |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Annex Products Pty. Ltd. and Defendant Techsport Ltd. hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby submit this joint stipulation of dismissal.

**IT IS HEREBY STIPULATED:**

1. This case is dismissed without prejudice.
2. Each party shall bear its own attorney's fees and costs.

| **Annex Products Pty. Ltd.** | **Techsport Ltd.** |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Jill M. Fortney* | */s/Quinn M. Schmiege* |
| Thomas J. Donovan | *By Email Consent 1/24/2017* |
| Ryan C. Clark | Gregory P. Barwell (0070545) |
| Jill M. Fortney | Quinn M. Schmiege (0085638) |
| BARNES & THORNBURG LLP | Wesp Barwell, LLC |
| One North Wacker Drive, Suite 4400 | 100 E Broad St, Ste 2350 |
| Chicago, IL 60606-2833 | Columbus, Ohio 43215 |
| Tel.: (312) 214-8329 | Ph+Fax: 614-456-0488 |
| tdonovan@btlaw.com | Email: GBarwell@WespLaw.com |
| rclark@btlaw.com | Email: QSchmiege@Wesplaw.com |
| jfortney@btlaw.com | |
| *Attorneys for Annex Products Pty. Ltd.* | |

Furr Law Firm
Jeffrey Furr, (0061680) (*Admission to the General Bar pending*)
2622 Debolt Road
Utica, Ohio 43080
Ph: (740) 892-2118
Fax: (740) 892-3860
Email:JeffMFurr@furrlawfirm.com

Michael P. Schmiege
Law Offices of Michael P. Schmiege, P.C.
33 East 1st Street, 2nd Floor
Hinsdale, Illinois 60521
Tel: 312-626-2400
*Attorneys for TechSport LTD*